**Frankie L. McCOY, Sr., Plaintiff— Appellant,**

v.

**CORRECTIONAL MEDICAL SER-VICE; Wexford Health Source; Dr. Tom Linguise; Dr. Isaias Tessema, (MD); Syresh Menon; Dr. Melaku Ayalew; Dr. David Mathis; Dr. Dereje Tesfaye; Dr. Ava Joubert; Christy Whitehair, Defendants—Appellees.**

No. 11–7400.

United States Court of Appeals, Fourth Circuit.

Submitted: March 15, 2012.

Decided: March 19, 2012.

Frankie L. McCoy, Sr., Appellant Pro Se. Philip Melton Andrews, Mary Beth Ewen, Kramon & Graham, PA, Baltimore, Maryland; Erin O. Millar, Valerie L. Tetro, Whiteford, Taylor & Preston, LLP, Baltimore, Maryland, for Appellees.

Before DUNCAN and FLOYD, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Frankie L. McCoy, Sr., appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we deny McCoy's motion for appointment of counsel and affirm for the reasons stated by the district court. *McCoy v. Corr. Med. Serv.,* No. 1:10–cv–01481–WDQ, 2011 WL 4402373 (D.Md. Sept. 20, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*